# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JASMINE METCALF, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00184-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 26, 2018 Memorandum of Decision and Order.

September 26, 2018

Frank G. Johns, Clerk
United States District Court